IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 5:14-mj-12-CHW |
| v. | |
| LESLEY BOWLING | Violation: 18 U.S.C. § 641 & 18 U.S.C. § 7 & 13, i/c/w O.C.G.A. § 40-6-395(a) |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT I
### (THEFT OF GOVERNMENT PROPERTY)

That on or about November 2, 2014, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia, **LESLEY BOWLING**, did, with the intent to steal, purloin, and convert to his own use, take merchandise belonging to the Army Air Force Exchange, to wit: (5) Clinique brand makeup items, having a total value of less than $1000.00, in violation of Title 18 of the United States Code, Section 641.

## COUNT II
### (FLEEING)

That on or about November 2, 2014, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia, **LESLEY BOWLING**, did, willfully fail to, refuse to bring her vehicle to a stop and attempt to elude a pursuing police vehicle and police officer when given a visual and an audible signal to bring the vehicle to a stop in violation of Title 18 of the United States Code, Sections 7 and 13, in conjunction with Official Code of Georgia Annotated, Section 40-6-395(a).

                    MICHAEL J. MOORE
                    UNITED STATES ATTORNEY

BY: _____
      VINCENT D. ROMANO
      New York Bar Registration Number B10069329
      New Jersey Bar Number 042462011
      Special Assistant U.S. Attorney
      United States Attorney's Office
      Middle District of Georgia
      215 Page Road, Suite 186
      Robins AFB, Georgia 31098
      Telephone: (478) 222-0551